IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AQUIANA C. FERGUSON, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) 1:21-cv-00315-JPW |
| | ) |
| v. | ) |
| | ) |
| DAWN FOOD PRODUCTS, INC., | ) |
| | ) ELECTRONICALLY FILED |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, AQUIANA C. FERGUSON, and Defendant, DAWN FOOD PRODUCTS, INC., constituting all of the parties of record in the above-captioned action, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of the above-captioned action in its entirety and with prejudice with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Derrek W. Cummings* | */s/ Jackie S. Gessner* |
| Derrek W. Cummings, Esquire | Jackie S. Gessner, Esquire |
| dcummings@weisbergcummings.com | jackie.gessner@btlaw.com |
| WEISBERG CUMMINGS, P.C. | BARNES & THORNBURG LLP |
| 2704 Commerce Drive, Suite B | 11 South Meridian Street |
| Harrisburg, PA 17110 | Indianapolis, IN 46204 |
| (717) 238-5707 | (317) 231-7225 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Pro Hac Vice* |